**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**


**WILLIAM T. TAYLOR**                                                                           **PLAINTIFFS**


**VS.**                                                                        **CIVIL ACTION NO. 1:05CV99**


**JO ANNE BARNHART, COMMISSIONER**
**OF SOCIAL SECURITY**                                                                         **DEFENDANTS**


ORDER


On June 2, 2005, defendant filed a motion to remand this action to the Commissioner of Social Security for further administrative proceedings. Plaintiff filed no opposition to this motion. On June 23, 2005, Magistrate Judge Bogen issued an order recommending that this court grant the motion, and plaintiff once again filed no response in opposition. Having reviewed Judge Bogen's recommendation, the court agrees that this case should be remanded, for the reasons and for the purpose stated in Judge Bogen's order. It is therefore ordered that defendant's motion **[8-1]** to remand is granted.

SO ORDERED this 30th day of November, 2005.


                                                        **/s/ Michael P. Mills**
                                                   **UNITED STATES DISTRICT JUDGE**